## Hogan & Farwell, Inc., Appellee, v. 450 East Ohio Street Corporation, Appellant.

### Gen. No. 45,050.

Lewis C. Murtaugh, and Kirby H. Wells, for appellant; R. W. Burgeson, of counsel; Goldberg, Devoe & Brussell, for appellee; Abraham W. Brussell, and Milton I. Shadur, of counsel, for defendants in error. Opinion by JUSTICE FRIEND. Not to be published in full. Opinion filed March 13, 1951; released for publication April 6, 1951.